IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>CORY D. SIKES,<br><br>                  Defendant. | **4:22CR3103**<br><br>**ORDER** |

Defendant is considering whether to enter a guilty plea. Based on the discussions with counsel,

IT IS ORDERED:

1) The trial of this case is continued pending further order of the court.

2) A hearing is set to commence before the undersigned magistrate judge in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 3:30 p.m. on January 18, 2023. Thirty minutes have been set aside for the hearing. Defendant, defense counsel, and counsel for the government shall attend the hearing.

Defendant may choose to enter a plea of guilty before the undersigned magistrate judge at this hearing. In the alternative, the court will set the date of the jury trial along with the deadlines for disclosing experts as required under Rule 16.

If Defendant chooses to enter a plea of guilty on January 18, 2023, the Petition to Enter a Plea of Guilty and any Plea Agreement must be forwarded to zwart@ned.uscourts.gov on or before January 17, 2023.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and January 18, 2023 shall be deemed excludable time in any computation of time under the

requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 10th day of November, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge